```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WESTPORT INSURANCE                              CIVIL ACTION
CORPORATION

VERSUS                                          NO: 07-1532

LOUIS ST. MARTIN, ET AL.                        SECTION: "A" (5)
```

### ORDER AND REASONS

Westport Insurance Corporation moves for reconsideration of the Court's prior order and judgment in which it declined to entertain a declaratory judgment action by Westport against its insured(s) Louis St. Martin, et al. Westport points out that the ruling was based on the erroneous premise that Westport is a party to the long-pending Mississippi action.

Westport's status as a party in the Mississippi suit was just one factor of many which militate in favor of this Court declining to exercise jurisdiction over Westport's declaratory judgment action. This Court is not persuaded by Westport's contention that the defense and indemnity issues it seeks to have adjudicated can be decided in complete isolation from the factual

issues that will be decided in Mississippi.  This Court will not usurp the fact finding role of the Mississippi court nor will it hold this case on its docket indefinitely while the litigation is resolved in Mississippi.  Westport has not persuaded the Court that the prior ruling and judgment should be disturbed.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Alter or Amend Judgment (Rec. Doc. 37)** filed by Westport Insurance Corp. is **DENIED**.

January 28, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2